# JAMES KOUSOUROS
### ATTORNEY AT LAW

80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415
718-575-6450,4131 • 718-793-0165 fax
E-mail: jk5665@aol.com

May 2, 2006

VIA FACSIMILE: (718) 613-2477
& REGULAR MAIL
Honorable Edward R. Korman
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2006 ★
**BROOKLYN OFFICE**

Order
The application
is granted
s/Edward Korman
ERK
5/12/06

Re: United States v. Shafeek Ali, et al.
    Criminal No. 04-CR-0445 (ERK)

Dear Judge Korman:

This letter is to respectfully request the Court's permission for Mr. Ali to travel to Skoki, Chicago for Memorial Day weekend from Friday, May 26, 2006 through Monday, 29, 2006. Enclosed herewith please find a copy of Mr. Ali's flight itinerary.

He will be staying with his wife and children at his wife's aunt's house at 4223 Payne Street, Skoki, Chicago.

Mr. Ali is currently at liberty on a personal recognizance bond and has complied with the conditions of his release and is reporting to pretrial services as directed by the Court.

Assistant United States Attorney Paige Peterson and U.S. Pretrial Officer Michael Ilaria have been informed and have no objection to said application for travel permission.

Thank you for your courtesy and consideration.

Very truly yours,

James Kousouros
JAMES KOUSOUROS

JK:es

cc:   Paige Peterson
      Assistant United States Attorney

      Michael Ilaria
      U.S. Pretrial Officer

**Rahman, Bibi**

From: travel@expedia.com
Sent: Thursday, March 16, 2006 10:57 AM
To: aperaaud716@yahoo.com
Subject: Expedia travel confirmation - Chicago, IL - May 26, 2006 - ( Itin# 115734083799)

## Travel Confirmation

Thank you for booking your trip with Expedia.com. View this itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

Need a hotel or a car or an activity or service in Chicago? Here are some options we've found for you.
- Congress Plaza Hotel $185.00 per night
- Wyndham Chicago $180.00 per night
- Millennium Knickerbocker Hotel Chicago $525.00 per night
- Car Rental - Economy, Midsize, Full Size
- Activities & Services - Sightseeing, Dining options, Ground transportation, Attraction passes

- Search for more hotels
- Search for more cars
- Search for more activities & services
- Receive Expedia.com newsletters

## Flight: New York to Chicago

E-Ticket purchase has been confirmed by the airline. No tickets will be mailed. Airline check-in locations require government issued photo ID and may request proof of current date travel (such as a printed copy of this itinerary or a printed receipt) to issue a boarding pass. Airport security checkpoints may require you to display both your boarding pass and photo ID before proceeding to the gate, so we recommend that you obtain your boarding pass before proceeding to the security checkpoint.

Expedia.com itinerary number: 115734083799
Expedia.com booking ID: O9R4L6 (1)

Main contact: Sherima Ally
E-mail: aperaaud716@yahoo.com
Home phone: (718) 8051160

## Traveler and cost summary

| Traveler | Type | | |
|---|---|---|---|
| Sherima Ally | Adult | Add Frequent Flyer number(s) | $154.87 |
| Shaniqua Ally | Adult | Add Frequent Flyer number(s) | $154.87 |
| Justin Ally | Adult | Add Frequent Flyer number(s) | $154.87 |
| Jonathan Ally | Child | Add Frequent Flyer number(s) | $154.87 |
| | | Taxes & Fees | $122.88 |
| | | Booking Fee | $29.90 |
| | | Print a receipt  Total (MasterCard) | $762.38 |

## Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

**Fri 26-May-06**

| | | | |
|---|---|---|---|
| New York (LGA) | to Chicago (ORD) | 721 mi | American Airlines |
| Depart 6:45 pm | Arrive 8:15 pm | (1,160 km) | Flight 353 |
| Terminal M | Terminal 3 | Duration: 2hr 30mn | |

Economy/Coach Class, MDC MD80, 50% on time

Total distance: 721 mi (1,160 km)

Total duration: 2hr 30mn

4/4/2006

**Mon 29-May-06**

| Chicago (ORD) | to | New York (LGA) | 721 mi | American Airlines |
| Depart 11:10 am | | Arrive 2:15 pm | (1,160 km) | Flight 378 |
| Terminal 3 | | Terminal M | Duration: 2hr 5mn | |

Economy/Coach Class, MDC MD-89, 60% on time

Total distance: 721 mi (1,160 km)        Total duration: 2hr 5mn

### Airline rules & regulations

- Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online.
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $20.00 booking fee.
- Please read important information regarding airline liability limitations.
- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

### What else can we help you with?

#### Save on hotels in Chicago



- Congress Plaza Hotel
  From $165.00 per night
- Wyndham Chicago
  From $180.00 per night
- Millennium Knickerbocker Hotel Chicago
  From $629.00 per night

⊙ Search for more hotels

#### Save on cars in Chicago



At the airport:
- Economy
- Midsize
- Full Size

⊙ Search for more cars

#### Save on Activities & Services in Chicago



- Sightseeing
- Dining options
- Ground transportation
- Attraction passes

⊙ Search for more activities & services

Receive Expedia.com newsletters

---

### Customer Support

**Itinerary number: 115734083799**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA or 1-404-728-8787 and have the itinerary number ready.

4/4/2006

# LAW OFFICES OF JAMES KOUSOUROS

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415

(718) 575-5450
(718) 793-0165 (facsimile)

# FAX COVER SHEET

| Date: | May 2, 2006 |
|---|---|
| To: | Hon. Edward R. Korman |
| Fax: | 718-613-2477 |
| From: | James Kousouros, Esq. |
| Re: | United States v. Shafeek Ali<br>Criminal No. 04-CR-0445 (ERK) |
| CC: | AUSA Paige Peterson @ 718-254-6327<br>U.S.P.O. Michael Illaria @ 718-613-2568 |
| # of pgs: | 5, including cover sheet |
| Comments: | HARD COPY TO FOLLOW BY REGULAR MAIL. |

The documents accompanying this facsimile transmission may contain confidential attorney-client information or attorney work product which is legally privileged. The information is intended for the use of the recipient named below.
If this transmission was incomplete or unclear, do not hesitate to call us at (718) 575-5450.